**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Alex Stone, | No. CV-26-01796-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Mid-Century Insurance Company, | |
| Defendant. | |

Pending before the Court is Plaintiff's Application for Leave to Proceed In Forma Pauperis (Doc. 3), which the Court denies without prejudice.

To proceed in forma pauperis, a plaintiff must establish a threshold level of financial need. *Escobedo v. Applebees*, 787 F.3d 1226, 1234 (9th Cir. 2015) ("An affidavit in support of an IFP application is sufficient where it alleges that the affiant cannot pay the court costs and still afford the necessities of life. . . . As this court has recognized, one need not be absolutely destitute to obtain benefits of the in forma pauperis statute. Nonetheless, a plaintiff seeking IFP status must allege poverty with some particularity, definiteness and certainty.") (citations and quotation marks omitted).

In Section 1 of the form, Plaintiff asserts that his monthly income is $860 and that his spouse has no current income and earned no income over the past 12 months. However, in Section 3 of the form, Plaintiff states that his spouse's gross monthly income is $3,800. If so, this would result in an aggregate monthly household income of $4,660, which exceeds the listed monthly expenses of $3,865.

On this record, the Court cannot determine that Plaintiff meets the standard to proceed in forma pauperis.  Plaintiff may submit a new application for leave to proceed in forma pauperis that clarifies his financial status.  Any new application should be filled out in full—including Plaintiff's employment history for the past two years, which was left blank in Section 3 of the current form.

As a final matter, Plaintiff's minor son is listed by name, rather than initials.  As such, the Court will order this denied application sealed.  Any new application shall list any minors by initials only.

Accordingly,

**IT IS ORDERED** that Plaintiff's Application for Leave to Proceed In Forma Pauperis (Doc. 3) is **denied** without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff must file a new application to proceed in forma pauperis or pay the filing fee by **April 3, 2026**.

**IT IS FURTHER ORDERED** that the Clerk of Court, without further notice, shall dismiss this case without prejudice if Plaintiff fails to file a new application to proceed in forma pauperis or pay the filing fee by **April 3, 2026**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **seal** the application (Doc. 3).

Dated this 18th day of March, 2026.

Dominic W. Lanza
United States District Judge

- 2 -